Glenn Stearns, Chapter 13 Trustee
4343 Commerce Court, Suite 120
Lisle, IL  60532-3614
Ph:  (630) 577-1313

In re:
JAMES JOHN DRAKE
KARYN YORIMOTO DRAKE

Case No. 10-14665

PHH MORTGAGE CORP
2001 LEADENHALL RD
MT LAUREL, NJ  08054

JAMES JOHN DRAKE
KARYN YORIMOTO DRAKE
3430 WINDING MEADOW LANE
GENEVA, IL  60134

ILLINI LEGAL SERVICES
540 N BROADWAY
AURORA, IL  60505

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on January 18, 2011.

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on July 08, 2011.

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
4343 Commerce Court, Suite 120
Lisle, IL  60532-3614
Ph:  (630) 577-1313